# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS BEATTIE,<br><br>　　　　　Plaintiff,<br>　v.<br>F. ARMENTA et al.,<br><br>　　　　　Defendant. | CASE NO. 14cv2310 WQH (RBB)<br><br>ORDER |

HAYES, Judge:

Plaintiff Michael Louis Beattie, a state prisoner proceeding pro se and *in forma pauperis*, filed this civil action on September 29, 2014. (ECF No. 1). On September 16, 2015, the Court issued an Order adopting the Report and Recommendation on Defendants' motion to dismiss and motion for summary judgment. (ECF No. 46). The Order granted Defendants' motion for summary judgment for failure to exhaust administrative remedies and granted Defendants' motion to dismiss for failure to state a claim. *Id.* On September 24, 2016, the Magistrate Judge issued an Order stating that "consistent with this Court's Report and Recommendation, Plaintiff may file an amended complaint as to Defendants Armenta, Munoz, and Jackson by October 23, 2015." (ECF No. 47). No amended complaint has been filed.

///
///
///
///

1     IT IS HEREBY ORDERED that this case is dismissed without prejudice for
2 failing to comply with a Court Order and for reasons set forth in the Report and
3 Recommendation and the Court's September 16, 2015 Order. The Clerk of the Court
4 shall close the case.

5 DATED: February 17, 2016

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge